UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIORA REZNICHENKO                    CIVIL CASE NO:
   Plaintiffs                              3:17-cv-00963-JBA

v.

EMINA BEHREMOVIC,
BEHAN MANAGEMENT, LLC and
QS MANAGEMENT, LLC,
   Defendants                            JULY 31, 2017

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Liora Reznichenko, through her attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, LIORA REZNICHENKO

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax. (860) 571-7457
    dblinn@consumerlawgroup.com

CERTIFICATION

     I hereby certify that on this 31st day of July, 2017, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                         /s/ *Daniel S. Blinn*
                                         Daniel S. Blinn